UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TROY A. ASHLEY,<br><br>          Defendant. | 1:21-mc-00076-EPG<br><br>ORDER DENYING REQUEST TO RELATE CASES<br><br>(ECF No. 6) |

The United States filed an application for writ of continuing garnishment in this case on August 13, 2021. (ECF No. 1). On August 18, 2021, the United States requested that this case be deemed related to the underlying criminal matter, 1:16-cr-00163-LJO. (ECF No. 6).

Under Local Rule 123(a), an action is related to another when

(1) both actions involve the same parties and are based on the same or a similar claim;

(2) both actions involve the same property, transaction, or event;

(3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

The Court will deny the request without prejudice. In the underlying criminal action, the presiding judge has retired and there does not appear to be any active matters.

Accordingly, assignment to the same Judge or Magistrate Judge is not likely to effect a substantial savings of judicial effort.

Therefore, the request to relate the cases (ECF No. 6) is denied without prejudice.  If the criminal case becomes active and is assigned to an active district judge, any party may renew the request to relate the cases.

IT IS SO ORDERED.

Dated:   **August 19, 2021**                           /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE