UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY A. ASHLEY,<br><br>Defendant. | Case No.   1:21-mc-00076-EPG<br><br>ORDER ALLOWING DEFENDANT 21 DAYS TO FILE OBJECTIONS TO PROPOSED FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE<br><br>(ECF No. 10) |

   This matter is before the Court on the request for findings and recommendations for final order of garnishment filed by the United States on October 12, 2021. (ECF No. 10). Attached to this filing, the United States has submitted proposed findings and recommendations for final order of garnishment. (ECF No. 10-1).

   Upon review, the Court will allow Defendant Troy A. Ashley twenty-one (21) days from the date of service of this order to file any objections to the proposed findings and recommendations for final order of garnishment (ECF No. 10-1).

   Accordingly, the Clerk is respectfully directed to mail of copy of this order to Defendant Troy A. Ashley at 2704 Crescent Ave., Clovis, CA 93612—the address that the United States has

1

used to serve Defendant with a writ of continuing garnishment. (*See* ECF No. 5).

Furthermore, the Clerk is respectfully directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated: __**October 13, 2021**__          /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

2