IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>TROY A. ASHLEY,<br><br>     Defendant and Judgment Debtor.<br><br>AVTECH CONSTRUCTION, INC.,<br>(and its Successors and Assignees)<br><br>     Garnishee. | Case No.:  1:21-MC-00076-AWI-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No.: 1:16-CR-00163-LJO<br><br><br>(Doc. Nos. 10, 14) |

On August 13, 2021, the United States filed an Application for Writ of Continuing Garnishment against defendant and judgment debtor Troy A. Ashley's ("Ashley") wages and earnings. ECF 1. The Clerk of the Court issued the Writ and Clerk's Notice of Instructions to Ashley. ECF 2, 3. The United States served the Writ and related documents on Avtech Construction, Inc. ("Garnishee") and Ashley. ECF 4, 5.

On September 20, 2021, the Garnishee served its Acknowledgment of Service and Answer of Garnishee stating that Ashley is an employee of the Garnishee. *See* ECF 8. Ashley did not file a claim of exemption to the proposed garnishment, did not object to the Garnishee's answer, did not request a hearing, and did not otherwise object to the United States' garnishment action.

October 13, 2021, the Magistrate Judge issued an order allowing defendant twenty-one days to file objections to the proposed findings and recommendations for final order of garnishment. ECF 12. The Clerk of the Court served the proposed findings and recommendations on Ashley on the same day. *See* Docket. Ashley did not object and the time to do so has passed. *See* Docket.

On November 12, 2021, the Magistrate Judge issued findings and recommendations for final order of garnishment, allowing any party fourteen days after being served with the findings and recommendations to file objections. The Clerk of the Court served the findings and recommendations on Garnishee on the same day. *See* Docket. The United States served Ashley and Garnishee on the same day. ECF No. 15. No party has objected to the findings and recommendations, and the time to do so has passed. *See* Docket.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 12, 2021, Findings and Recommendations (Doc. No. 14) is ADOPTED IN FULL;
2. The United States' Request for Findings and Recommendations for Final Order of Garnishment (Doc. No. 10) is GRANTED;
3. Garnishee Avtech Construction Inc. is directed to pay the Clerk of the United States District Court 25% of Defendant Troy A. Ashley's ongoing and non-exempt disposable wages and earnings;
4. Garnishee Avtech Construction Inc., is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable wages and earnings already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order;
5. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

   Office of the Clerk
   901 19th Street, #A-205
   Denver, CO 80294-3589

   The District of Colorado criminal docket number (1:11-CR-00357-MSK) shall be stated on the payment instrument;

6. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

7. This garnishment shall be terminated when (a) the United States seeks to terminate the writ or (b) when the judgment is fully satisfied.

IT IS SO ORDERED.

Dated:   December 2, 2021

                SENIOR DISTRICT JUDGE

FINAL ORDER OF GARNISHMENT   3