IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TROY A. ASHLEY,<br><br>    Debtor. | Case No. 1:21-MC-00076-AWI-EPG<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:16-CR-00163-LJO |
| AVTECH CONSTRUCTION INC.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Continuing Garnishment previously issued against Debtor, Troy A. Ashley, on August 16, 2021, is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:  April 18, 2022

                                         SENIOR DISTRICT JUDGE